S. LANE TUCKER
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WASSILLIE S. CHOCKNOK,<br><br>Defendant. | No. 3:24-cr-00130-SLG-MMS<br><br>COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about October 6, 2023, within the District of Alaska, the defendant, WASSILLIE S. CHOCKNOK, knowing that he had previously been convicted by any court of crimes punishable by imprisonment for a term exceeding one year, did knowingly

possess, in and affecting interstate and foreign commerce, a firearm, to wit: Ruger Revolver, Model: GP100, Caliber: .357.

Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| March 3, 2022 | Criminally Negligent Homicide | Alaska Superior Court, Dillingham | 3DI-19-400CR |
| June 17, 2008 | Assault in the Second Degree | Alaska Superior Court, Dillingham | 3DI-07-356CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 of this Indictment, the defendant, WASSILLIE S. CHOCKNOK, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in and used in the knowing commission of the offense, including but not limited to:

- Ruger Revolver, Model: GP100, Caliber: .357, SN: 175-44858;

- any and all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE:      11/19/24